THE GOOD NEWS. (Circuit Court of Appeals, Second Circuit. April 24, 1922.) No. 282. Appeal from the District Court of the United States for the Eastern District of New York. Libel by Edward J. Reilly, as owner of the barge Good News, against Tuchy & Upton, Inc. Decree for libelant (272 Fed.

482), and respondent appeals. Affirmed. (281 F.) William Rasquin, Jr., of New York City, for appellant. Macklin, Brown, Purdy & Van Wyck, of New York City (Pierre M. Brown, of New York City, on the brief), for appellee. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.